BRUCE C. FUNK, ESQ.
California State Bar No. 122340
46 West Santa Clara Street
San Jose, California 95113
Telephone (408) 280-6488

Attorney for Defendant
ELVA GONZALEZ

*E-FILED - 5/20/10*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR-09-694-RMW and CR-09-00457-RMW |
| Plaintiff, ) | |
| v. ) | **STIPULATION AND ORDER RESCHEDULING SENTENCING HEARING** |
| ELVA GONZALEZ, ) | |
| Defendant. ) | |

IT IS HEREBY STIPULATED by the undersigned that the sentencing hearing in the above-entitled case, currently scheduled for May 24, 2010 at 9:00 a.m., be vacated and rescheduled for July 12, 2010 at 9:00 a.m.  The continuance is necessary because both parties need further time to prepare for the Sentencing Hearing and the fact that AUSA John Glang was recently assigned the case.

IT IS SO STIPULATED.

Dated: May 18, 2010                                                 /s/
                                                                    BRUCE C. FUNK, ESQ.
                                                                    Attorney for Elva Gonzalez

Dated: May 18, 2010                                                 /s/
                                                                    JOHN N. GLANG
                                                                    Assistant United States Attorney

**ORDER**

Based upon the stipulation of the parties, it is hereby ordered that the sentencing hearing in the above-entitled case, previously scheduled for May 24, 2010 at 9:00 a.m., be vacated and rescheduled for July 12, 2010 at 9:00 a.m.

Dated: May 20, 2010

*Ronald M. Whyte*
RONALD WHYTE
United States District Judge