1  JOSEPH P. RUSSONIELLO (CABN 44332)
   United States Attorney
2
   BRIAN J. STRETCH (CABN 163973)
3  Chief, Criminal Division

4  JOHN N. GLANG (GUAMBN 94012)
   Assistant United States Attorney
5
   150 Almaden Boulevard, Suite 900
6  San Jose, California 95113
   Telephone: (408)-535-5084                    ***E-FILED - 7/9/10***
7  Fax: (408)-535-5066
   E-Mail: John.Glang@usdoj.gov
8
   Attorneys for Plaintiff
9

10                    UNITED STATES DISTRICT COURT

11                   NORTHERN DISTRICT OF CALIFORNIA

12                          SAN JOSE DIVISION

13

14  UNITED STATES OF AMERICA,        )   No. CR 09-00457-RMW
                                     )
15              Plaintiff,           )
                                     )   STIPULATION AND ORDER
16       v.                          )   RESCHEDULING SENTENCING
                                     )   HEARING
17  ELVA GONZALEZ,                   )
                                     )
18              Defendant.           )
                                     )
19                                   )
    UNITED STATES OF AMERICA,        )   No. 09-00694-RMW
20                                   )
                Plaintiff,           )
21                                   )
         v.                          )
22                                   )
    ELVA GONZALEZ,                   )
23                                   )
                Defendant.           )
24                                   )

25

26       IT IS HEREBY STIPULATED by the undersigned that the sentencing hearing in the two

27  above-entitled cases, currently scheduled for Monday, July 12, 2010 at 9:00 a.m., be vacated and

28  rescheduled for Monday, September 27, 2010 at 9:00 a.m.

**STIPULATION AND ORDER RESCHEDULING SENTENCING HEARING DATE**
**CR 09-00457-RMW and CR 09-00694-RMW**

It is so stipulated.

Dated: _____                              _____/s/_____
                                                   JOHN N. GLANG
                                                   Assistant United States Attorney

Dated: _____                              _____/s/_____
                                                   BRUCE C. FUNK, ESQ.
                                                   Attorney for Elva Gonzalez

## **ORDER**

Based upon the stipulation of the parties, it is hereby ordered that the sentencing hearing in the two above-entitled cases, previously scheduled for Monday, July 12, 2010 at 9:00 a.m., be vacated and rescheduled for Monday, September 27, 2010 at 9:00 a.m.

It is so ordered:

Dated: 7/9/10                                      _____
                                                   RONALD M. WHYTE
                                                   United States District Judge