1  MELINDA HAAG (CABN 132612)
   United States Attorney
2
   BRIAN J. STRETCH (CABN 163973)
3  Chief, Criminal Division

4  JOHN N. GLANG (GUAMBN 94012)
   Assistant United States Attorney
5
   150 Almaden Boulevard, Suite 900                *E-FILED - 9/21/10*
6  San Jose, California 95113
   Telephone: (408)-535-5084
7  Fax: (408)-535-5066
   E-Mail: John.Glang@usdoj.gov
8
   Attorneys for Plaintiff
9

10                     UNITED STATES DISTRICT COURT

11                     NORTHERN DISTRICT OF CALIFORNIA

12                              SAN JOSE DIVISION

13

14 UNITED STATES OF AMERICA,        )    No. CR 09-00457-RMW
                                    )
15                Plaintiff,        )
                                    )    STIPULATION AND ORDER
16        v.                        )    RESCHEDULING SENTENCING
                                    )    HEARING
17 ELVA GONZALEZ,                   )
                                    )
18                Defendant.        )
                                    )
19                                  )
   UNITED STATES OF AMERICA,        )    No. 09-00694-RMW
20                                  )
                  Plaintiff,        )
21                                  )
          v.                        )
22                                  )
   ELVA GONZALEZ,                   )
23                                  )
                  Defendant.        )
24                                  )

25

26     IT IS HEREBY STIPULATED by the undersigned that the sentencing hearing in the two

27 above-entitled cases, currently scheduled for Monday, September 27, 2010 at 9:00 a.m., be

28 vacated and rescheduled for Monday, November 1, 2010 at 9:00 a.m.

**STIPULATION AND ORDER RESCHEDULING SENTENCING HEARING DATE**
**CR 09-00457-RMW and CR 09-00694-RMW**

1
2  It is so stipulated.
3
4  Dated: __9/14/10_____                _____/s/_____
                                              JOHN N. GLANG
5                                             Assistant United States Attorney
6
   Dated: _9/14/10_____                 _____/s/_____
7                                             BRUCE C. FUNK, ESQ.
                                              Attorney for Elva Gonzalez
8
9
10                                    **ORDER**
11     Based upon the stipulation of the parties, it is hereby ordered that the sentencing hearing in
12  the two above-entitled cases, previously scheduled for Monday, September 27, 2010 at 9:00
13  a.m., be vacated and rescheduled for Monday, November 1, 2010 at 9:00 a.m.
14
    It is so ordered:
15
    Dated: _ 9/21/10 _____                _Ronald M. Whyte_____
16                                            RONALD M. WHYTE
                                              United States District Judge
17
18
19
20
21
22
23
24
25
26
27
28

**STIPULATION AND ORDER RESCHEDULING SENTENCING HEARING DATE**
**CR 09-00457-RMW and CR 09-00694-RMW**          2