1  MELINDA HAAG (CABN 132612)
   United States Attorney

2

3  MIRANDA KANE (CABN 150630)
   Chief, Criminal Division

4  JOHN N. GLANG  (GUAMBN 94012)
   Assistant United States Attorney

5
      150 Almaden Boulevard, Suite 900
6     San Jose, CA 95113
      Telephone: (408) 535-5084
7     Fax: (408) 535-5066
      E-Mail: John.Glang@usdoj.gov

8
   Attorneys for the United States of America

9

**Filed**

APR 0 3 2013

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

10               UNITED STATES DISTRICT COURT

11             NORTHERN DISTRICT OF CALIFORNIA

12                    SAN JOSE  DIVISION

13

14  UNITED STATES OF AMERICA,        )   No.  CR 09-00694-RMW
                                     )
15        Plaintiff,                 )   STIPULATION AND [PROPOSED]
                                     )   ORDER REDUCING AND MODIFYING
16        v.                         )   DEFENDANT'S SENTENCE TO CREDIT
                                     )   FOR TIME SERVED
17  ELVA GONZALEZ,                   )
                                     )
18        Defendant.                 )
    _____)

19

20                         STIPULATION

21      The parties, by and through their respective counsel, hereby stipulate, subject to the Court's

22  approval, that based upon the defendant's substantial assistance to government authorities, her

23  sentence in the above-entitled case shall be reduced and modified to credit for time served.

24      On November 1, 2010, this Court sentenced the defendant to a term of 60 months of

25  imprisonment at the Bureau of Prisons.  On March 13, 2013, the defendant's former drug source,

26  Jose Alfredo Borrayo, entered a guilty plea in Case No. 10-00538-LHK to conspiracy to

27  distribute 50 grams or more of methamphetamine, in violation of 21 U.S.C. § 846 and

28  STIPULATION AND [PROPOSED] ORDER REDUCING AND MODIFYING
    DEFENDANT'S SENTENCE TO CREDIT FOR TIME SERVED
    CR 09-00694-RMW

841(b)(1)(A)(viii).  Ms. Gonzalez's assistance and willingness to testify on behalf of the government against Mr. Borrayo were communicated to Mr. Borrayo and directly contributed to his guilty plea.  The defendant's current release date from the Bureau of Prisons is July 3, 2014. The United States Marshal's Office has indicated that it will require approximately two weeks for them to transport the defendant from her current Bureau of Prisons facility in Dublin, CA to this court for purposes of re-sentencing.  If the defendant's personal appearance is required in order for the court to reduce her sentence, the defendant will therefore have to serve an additional two weeks of the time she has remaining to serve.

Accordingly, the parties hereby stipulate pursuant to Federal Rule of Criminal Procedure 35(b) that the Court may (without requiring that the defendant personally appear before it) and shall reduce and modify the defendant's sentence to a term of credit for time served, with no further time in custody remaining to be served.

Date:  March 26, 2013                                    _____/s/_____
                                                        JOHN N. GLANG
                                                        Assistant United States Attorney

Date:  March 26, 2013                                    _____/s/_____
                                                        BRUCE C. FUNK
                                                        Attorney for Elva Gonzalez

### [PROPOSED] ORDER

GOOD CAUSE APPEARING, and based upon the stipulation of the parties, IT IS HEREBY ORDERED that defendant Elva Gonzalez's sentence in the above-entitled case of 60 months of imprisonment originally imposed on November 1, 2010 shall be reduced and modified pursuant

1 | to Federal Rule of Criminal Procedure 35(b) to a sentence of credit for time served, with no

2 | further time in custody remaining to be served.

3

4 |     IT IS SO ORDERED.

5

6 | Date: _____ 4/3 _____ , 2013          *Ronald M. Whyte*

7 |                                 RONALD M. WHYTE
                                United States District Judge

8 |                                 Northern District of California

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION AND [PROPOSED] ORDER REDUCING AND MODIFYING
DEFENDANT'S SENTENCE TO CREDIT FOR TIME SERVED
CR 09-00694-RMW                     3